MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| ROBERTO Y. AND GRACE C. CASAJE, | ) | Bankruptcy No. 08-50086 |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | HON. ARTHUR S. WEISSBRODT |

**DECLARATION OF DEBTORS' ATTORNEY RE APPLICATION TO MODIFY CHAPTER 13 PLAN AND REQUEST FOR ORDER**

The undersigned declares:

1. I am the attorney for the debtors in the above action.

2. An application to Modify Chapter 13 Plan, a copy of which is attached as Exhibit A , was filed on September 6, 2011.

3. Copies of the Application to Modify Chapter 13 Plan and the Notice of Application and Opportunity to Request Hearing have been served on all creditors, in addition to the Chapter 13 trustee. See Exhibit B attached.

4. . Debtor requests that an Order Modifying the Chapter 13 Plan as proposed in the attached Application be granted. The undersigned declares that my office has not received a request for a hearing, including any objection by the trustee, within the time provided.

I declare under penalty of perjury that the foregoing is true and correct.

MORAN LAW GROUP, INC.

Dated: 09/28/2011              /s/ Renee C. Mendoza
                                RENÉE C. MENDOZA
                                Attorney for the Debtor(s)