UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:  ROBERTO Y. &         Chapter 13
        GRACE C. CASAJE

                             Bankruptcy No.: 08-50086 ASW

EXHIBIT A

EXHIBIT A

```
MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                    )   Chapter 13
                                          )
ROBERTO Y. AND GRACE C. CASAJE,           )   Bankruptcy No. 08-50086
                                          )
                                          )
                                          )
          Debtors.                        )
                                          )   HON. ARTHUR S. WEISSBRODT
_____)

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

__X__  1.  With respect to the monthly plan payments of $ __738.50 for two months then $680 for 10 months then $725 for 24 months then $750 for 12 months then $800 for 6 months then $850 thereater_____.

        those payments shall:
   ___  be suspended for the months of _____
   ___  be increased to $_____, effective_____

   _X_  be decreased to $ 400_____, effective  June 2011

___  2.  With regard to secured claims:
     ___  to treat the claim(s) of additional creditors as secured, as follows:

| Creditor Name | Value of Collateral | Monthly Pmt (if fixed) | Interest Rate (must be specified) |
|---|---|---|---|
|  |  |  |  |

| | | | |
|---|---|---|---|
1. ___ to change the treatment of certain secured claims, as follows:

| Creditor Name | Value of Collateral | Monthly Pmt (if fixed) | Interest Rate (must be specified) |
|---|---|---|---|
| | | | |

___ to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___ 3. With regard to general unsecured claims, to change the dividend paid:

___ from _____ % to _____

___ from a pot plan* of $_____ to a pot plan* of $_____

___ from a percentage plan at_____ % to a pot plan* of $_____

___ from a pot plan* of $_____ to a percentage plan at_____ %

\* A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

_X_ 4. Other modifications:. The plan shall complete within 60 months of the original confirmation date.

5. Debtors) reasons for requesting the above modification are: The tax claims on file were lower than expected.

6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: 09/06/2011  
Rev. 2/05

/s/ Renée C. Mendoza  
Attorney for Debtor(s)  
Cathleen Cooper Moran / Renée C. Mendoza  
Moran Law Group, Inc.  
1674 N. Shoreline Blvd., Ste.140., Mt. View, CA 94043  
(650) 694-4700

# File a Motion:

08-50086 Roberto Y. Casaje and Grace C. Casaje
Type: bk  Chapter: 13 v  Office: 5 (San Jose)
Assets: y  Judge: ASW  Case Flag: DebtEd

## U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Filing

The following transaction was received from Renee C. Mendoza entered on 9/6/2011 at 6:13 PM PDT and filed on 9/6/2011
**Case Name:** Roberto Y. Casaje and Grace C. Casaje
**Case Number:** 08-50086
**Document Number:** 66

**Docket Text:**
Amended Motion to Modify Plan *(Chapter 13 Plan)* Filed by Joint Debtor Grace C. Casaje, Debtor Roberto Y. Casaje (Mendoza, Renee)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Amend.Motion.Modify.Plan.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/6/2011] [FileNumber=19556461-0
] [57bc30e96ecdcebb66b5ec475fd8a98af60542ad3abfda786a128e8f4606aa89472
b82a3ef75c214f8392a5dd33576d71d05de21a82470cc93bb7bce4304bb6e]]

**08-50086 Notice will be electronically mailed to:**

Alane A. Becket on behalf of Creditor eCAST Settlement Corporation
notices@becket-lee.com

Devin Derham-Burk
ctdocs@ch13sj.com

Renee C. Mendoza on behalf of Debtor Roberto Casaje
ecf@moranlaw.net,renee@moranlaw.net

Cathleen Cooper Moran on behalf of Debtor Roberto Casaje
ecf@moranlaw.net,renee@moranlaw.net

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Linh K. Tran on behalf of Creditor Roundup Funding LLC
bline.chapter13@blinellc.com

**08-50086 Notice will not be electronically mailed to:**

Chase Bank USA NA
P.O. Box 15145
Wilmington, DE 19850-5145

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541