1   MORAN LAW GROUP, INC.
    CATHLEEN COOPER MORAN, I.D. #83758
2   RENÉE C. MENDOZA, I.D. #139939
    1674 N. Shoreline Blvd., Suite 140
3   Mountain View, CA 94043-1375
    Tel.: (650) 694-4700
4   Fax: (650) 694-4818
    E-mail: Cathy@moranlaw.net
5
    Attorney for Debtors
6

7

8

9                   UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
10

11

12  In Re:                              )      Chapter 13
                                        )
13  ROBERTO Y. AND GRACE C. CASAJE,     )      Bankruptcy No. 08-50086
                                        )
14                                      )
                                        )
15                                      )
                                        )
        Debtors.                        )
16  _____   )      HON. ARTHUR S. WEISSBRODT

17

18          **MOTION TO WAIVE FINANCIAL MANAGEMENT COURSE**
                   **AND CERTIFICATE OF DISCHARGE**
19

20       Debtor, Roberto Y. Casaje hereby requests that the Court waive the financial

21  management course on behalf of debtor,  Grace C. Casaje for the following reasons:

22       1.  This Chapter 13 bankruptcy case was filed on January 8, 2009.

23       2.  The debtors were Roberto & Grace Casaje.

24       3.   Grace Casaje passed away on December 23, 2011.

25       4.  A copy of her death certificate has been provided to the Chapter 13 Trustee.

26       5.  All plan payments have been made.

27       6.  In light of Ms. Casaje's death, Mr. Casaje is requesting that the Court waive the

28  / / /

1  financial management course and the certificate of discharge.

2                                    MORAN LAW GROUP, INC.

3

4  Dated:  08/20/2013               /s/ Renee C. Mendoza
                                    RENÉE C. MENDOZA
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28