MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
ROBERTO Y. AND GRACE C. CASAJE, ) Bankruptcy No. 08-50086
)
Debtors. )
) HON. ARTHUR S. WEISSBRODT

**DECLARATION OF ROBERTO Y. CASAJE IN SUPPORT OF MOTION TO WAIVE FINANCIAL MANAGEMENT COURSE AND CERTIFICATE OF DISCHARGE**

I, ROBERTO Y. CASAJE declare:

1. I filed by Chapter 13 case on January 8. 2009.

2. I filed my Chapter 13 case with my wife Grace Casaje.

3. My wife passed away on December 23, 2011.

4. I have provided a copy of the death certificate to the Chapter 13 Trustee

5. I have made all of my plan payments.

6. In light of my wife's death, I am asking the court to waive the financial management course and certificate of discharge as it applies to her.

/ / /

/ / /

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct.

3 | Executed on August  20 , 2013 at  Mountain View , CA.

          /s/ Roberto Casaje
          ROBERTO CASAJE