MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 13 |
| ROBERTO Y. AND GRACE C. CASAJE, | Bankruptcy No. 08-50086 |
| Debtors. | |
| _____ | HON. ARTHUR S. WEISSBRODT |

**CERTIFICATE OF SERVICE BY MAIL & NOTICE OF ELECTRONIC FILING**

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 21, 2013, I served a copy, with all exhibits, of the following documents:

**1)    (Proposed) ORDER TO WAIVE FINANCIAL MANAGEMENT
        COURSE AND CERTIFICATE OF DISCHARGE**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

/ / / / /
/ / / / /

1 | Devin Derham-Burk, Trustee
P.O. Box 50013
2 | San Jose, CA 95150

3 | U.S. Trustee
280 So. First Street, Suite 268
4 | San Jose, CA  95113

5 |     The following documents are to be served by the Court via Notice of Electronic Filing ("NEF"):

6 |
    **1)    MOTION TO WAIVE FINANCIAL MANAGEMENT COURSE AND**
7 |     **CERTIFICATE OF DISCHARGE**

8 |     **2)    DECLARATION OF ROBERTO Y. CASAJE IN SUPPORT OF MOTION TO WAIVE FINANCIAL MANAGEMENT COURSE AND**
9 |     **CERTIFICATE OF DISCHARGE**

10 | pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document(s) will be served by the Court via NEF and hyperlink to the document.  On
11 | **August 21, 2013** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice
12 | List to receive NEF transmission at the email address(es) below:

13 | US Trustee
Office of the US Trustee, San Jose
14 | USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

15 | Chapter 13 Trustee
Devin Derham-Burk, Trustee
16 | ctdocs@ch13sj.com

17 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 21, 2013,
18 | at Mountain View, California.

19 |

20 |     /s/ Anne Grugan
    Anne Grugan

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |