

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

IT IS SO ORDERED.
Signed August 22, 2013

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
U.S. Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 13 |
| ROBERTO Y. AND GRACE C. CASAJE, | Bankruptcy No. 08-50086 |
| Debtors. | HON. ARTHUR S. WEISSBRODT |

**ORDER TO WAIVE FINANCIAL MANAGEMENT COURSE
AND CERTIFICATE OF DISCHARGE**

The Court having reviewed the Motion to Waive Financial Management and Certificate of Discharge as it applies to Grace Casaje and good cause appearing;

IT IS HEREBY ORDERED THAT Grace Casaje's financial management course and certificate of discharge is waived.

**END OF ORDER**

**COURT SERVICE LIST**

All participants are ECF filers.